# United States District Court

for the
Western District of New York

United States of America

v.

JOSEPH BARTHEL,

Defendant



Case No. 15- 4173

## CRIMINAL COMPLAINT

I, S.A. PATRICK HOFFMAN, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 9, 2015, in the Western District of New York, and elsewhere, the defendant violated **Title 18, United States Code, Section 922(j)** offense described as follows:

There is probable cause to believe that on or about September 9, 2015 in the City of Rochester, Monroe County, Western Judicial District of New York, the defendant JOSEPH BARTHEL, did knowingly and unlawfully possess stolen firearms, including one (1) Mossberg Maverick Arms 12 gauge shotgun bearing serial number MV69593T and one (1) Ruger 05806 KMini-30P, 7.62 x 39 mm semi-automatic rifle bearing serial number 582-84327, both of which were shipped or transported in interstate or foreign commerce, either before or after they were stolen, knowing or having reasonable cause to believe that both firearms were stolen, all in violation of Title 18, United States Code, Section 922 (j).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_Complainant's signature_

PATRICK HOFFMAN,
Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence.

Date: October 22, 2015

_Judge's signature_
HON. MARIAN W. PAYSON
U.S. MAGISTRATE JUDGE
_Printed name and title_

City and State: Rochester, New York

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       vs.

JOSEPH BARTHEL,

            Defendant.

15-MJ- 4/73

AFFIDAVIT

State of New York   )
County of Monroe   )    ss:
City of Rochester   )

I, Patrick Hoffman, affirm to the following facts:

1.     I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, & Explosives (hereinafter designated as ATF), and am assigned to the Rochester, New York Field Office. Your affiant is a graduate of the Criminal Investigator School and the ATF National Academy, both located at the Federal Law Enforcement Training Center in Glynco, Georgia. Your affiant has been employed as an ATF Special Agent for approximately 10 years. As part of my professional experience, I have participated in State and Federal investigations involving the illegal possession of firearms and narcotics. Previously, I was employed by the United States Marine Corps as an Infantry Sergeant. I have participated in the service of state and federal search and seizure warrants and have seized or assisted in seizing evidence, including firearms, ammunition, and documents.

## PURPOSE OF AFFIDAVIT

2.      This affidavit is submitted in support of a criminal complaint charging JOSEPH BARTHEL with the unlawful possession of stolen firearms, including one (1) Mossberg Maverick Arms 12 gauge shotgun bearing serial number MV69593T and one (1) Ruger 05806 KMini-30P, 7.62 x 39 mm semi-automatic rifle bearing serial number 582-84327, both of which were shipped or transported in interstate or foreign commerce, either before or after they were stolen, knowing or having reasonable cause to believe that the firearms were stolen, all in violation of Title 18, United States Code, Section 922 (j).   The assertions made herein are based solely upon the personal knowledge of your affiant or upon information your affiant has received from this investigation, including various police reports produced in relation to the arrest of Joseph Barthel, discussions with other law enforcement agents and officers and information derived from witnesses, all of which are true and correct to the best of my knowledge and belief.   Further, I have had discussions with other law enforcement agents who have confirmed the accuracy of the information contained within this affidavit.

## PROBABLE CAUSE

3.      On September 9, 2015, at approximately 1:30 p.m., Rochester Police Department officers responded to 184 Clay Avenue for the report of a burglary occurring at the residence.   The victims of the burglary informed officers that at some time between 5:30

2

a.m. and 1:30 p.m. on that day, an intruder stole a large gun safe, black in color, containing five (5) firearms and various rounds of ammunition.   According to the victim of the burglary, the firearms and ammunition specifically included:

a.      One (1) Atlantic Firearms Saiga AK-47;

b.      One (1) Stag Arms Model 3S AR-15, bearing serial number 298203;

c.      One (1) Mossberg Maverick, 12 gauge pump shotgun, bearing serial number MV69593T;

d.      One (1) Ruger 05806 KMini-30P, 7.62 x 39 mm semi-automatic rifle bearing serial number 582-84327;

e.      One (1) AR-15 with a 24 inch barrel bearing serial number NSL006089.

f.      Approximately 200 rounds of 7.62 x 39 mm ammunition;

g.      One (1) box of 12 gauge buckshot;

h.      Two (2) magazines with five rounds of 7.62 x 39 mm in each.


4.      RPD investigators learned that the victims of the burglary at 184 Clay Avenue had video surveillance on the outside of their home.   A review of the security video showed that on the morning of September 9, 2015, at approximately 5:30 a.m., a male black was observed riding a bicycle nearby the residence.   Shortly thereafter, one of the victim residents exited 184 Clay Avenue through the front door, entered a vehicle and drove away from the location.   At that time, a second resident remained sleeping inside the residence.   Shortly thereafter, the same male black was observed on camera in the victim's driveway.   The male

3

black was then observed placing a black "hoodie" over his head. Shortly thereafter, the individual walked out of view. At approximately 5:57 a.m., two male blacks, including the original male with the black "hoodie", were observed walking in an east bound direction towards 184 Clay Avenue. At approximately 6:00 a.m., the same males were observed quickly leaving the property in possession of a large black safe which was placed inside a green garbage tote. The two suspects pushed the garbage tote in a westbound direction. It was later determined that the burglars made entry through an unlocked window at the residence. After receiving the call, a large police presence was initiated in the area of Clay Avenue and Dewey for the remainder of the afternoon in an effort to locate the safe and guns.

5.   Later in the evening of September 9, 2015, at approximately 8:30 p.m., your affiant and members of the ATF, the Violent Crime Team (VCT, RPD/ATF Task Force) Special Investigative Section (SIS) and Major Crimes Unit (MCU) executed state court authorized search warrants at 348 and 350 Clay Avenue. The residence at 348 Clay Avenue is a single family residence occupied by the Blandino family. The residence at 350 Clay Avenue sits next door and is currently an abandoned property. During the search of the Blandino residence at 348 Clay Avenue, investigators located various rounds of ammunition, rifle ammunition magazines and a "shoulder sling" for a rifle. These items were subsequently identified by the victim of the burglary at 184 Clay Avenue as part of the items stolen earlier that day. During the search of 350 Clay Avenue, investigators recovered two firearms, to include one (1) Mossberg Maverick Arms 12 gauge shotgun bearing serial number MV69593T and one (1) Ruger 05806 KMini-30P, 7.62 x 39 mm semi-automatic rifle

4

bearing serial number 582-84327. These firearms were identified by the victim of the burglary at 184 Clay Avenue as two of the five firearms stolen earlier that day.

6. In the aftermath of the search of the Blandino residence, your affiant and RPD Investigator Cathy Farina interviewed Raekwon and Draevon Blandino at the Major Crimes Unit, 185 Exchange St. Rochester NY. Raekwan Blandino, age 20, was advised of and subsequently waived his *Miranda* rights by RPD Investigator Gary Galletta. Raekwan Blandino stated that on the morning of September 9, 2015, at approximately 6:00 a.m., he was at his home at 348 Clay Avenue when Ramel ROBINSON and Joseph BARTHEL arrived. Ramel ROBINSON informed Raekwan Blandino that he (ROBINSON) and BARTHEL had just committed a "stain" and/or a "jug". Investigators clarified with Raekwan Blandino that a "stain" or a "jug" is slang for a burglary of a home. Raekwan Blandino went on to say that ROBINSON was in possession of an AK-47 type rifle and two AR-15 rifles, along with some stolen electronic equipment. ROBINSON informed Raekwan Blandino that there were two additional guns, including a shotgun and a rifle, which he placed "close by." According to Raekwan Blandino, he told ROBINSON that he could not keep the firearms at his residence. ROBINSON and Barthel then left 348 Clay Avenue with the three firearms. According to Raekwan Blandino, the ammunition, magazines, and "sling" that were recovered in the search warrant at 348 Clay Avenue were brought into the house by ROBINSON.

5

7.     Investigators also interviewed Draveon Blandino, age 18, in a separate room. Prior to speaking with Draevon Blandino, he was read and waived his was *Miranda* rights by Investigator Mike Houlihan.   Draveon Blandino informed investigators that on the morning of September 9, 2015, at approximately 6:00 a.m., he was asleep inside the residence at 348 Clay Avenue.   He recalled being awoken by his brother Raekwan Blandino.   He observed that Ramel ROBINSON and Joseph BARTHEL were also standing in his bedroom. Draevon Blandino recalled that ROBINSON stating that he (ROBINSON) and BARTHEL had just committed a "stain" and/or a "jug".   Investigators again clarified that a "stain" or a "jug" is a burglary of a home.   Draevon Blandino went on to say that ROBINSON laid out an AK-47 type rifle and two AR-15 rifles, along with some other property.

## STATEMENT OF RASHAD WASHINGTON

8.     On September 10, 2015, an individual identified as Rashad Washington provided RPD Investigator Nolan Wengert with a written statement regarding information he had on the burglary that occurred the day before at 184 Clay Avenue.   According to Washington, he was present at Draveon Blandino's house at 348 Clay Avenue during the morning hours of September 9, 2015 when he observed a silver Grand Am backing into the driveway with the trunk open.   Washington then saw Ramel Robinson go inside a nearby vacant house and then come out of the house with a "big gun" wrapped in a sheet. Robinson then placed the gun in the trunk of the Grand Am.   He observed that "Joe" was standing nearby the car.   Both Robinson and "Joe" then got into the Grand Am together and

6

drove away.   Washington was then provided with a Rochester Police Department photo array.   Washington did identify the Number 5 photo as "Joe", who, according to Washington, also goes by the nickname "Smo."   The Number 5 photo was Joseph Barthel.

## STATEMENT OF RAMEL ROBINSON

9.      On September 14, 2015, Ramel ROBINSON was arrested by RPD uniformed officers from the Tactical Unit at or near 47 Leavenworth Street, Rochester NY. ROBINSON was driving a stolen 2000 Ford Expedition bearing license plate GYY-9707 from 57 Primrose Street, Rochester, NY.   ROBINSON was then transported to Rochester Police Department's Major Crime Unit, where he was initially interviewed by Investigators Farina and Houlihan.   Investigator Farina read ROBINSON his Miranda Rights, which ROBINSON did waive.   The interview covered several recent incidents, including burglaries and shooting incidents.   Your affiant and RPD Inv. John Brennan participated in a portion of the interview of ROBINSON as it pertained to the burglary at 184 Clay Avenue.   Upon questioning, ROBINSON admitted that he, along with Joseph BARTHEL, did commit the gun burglary at 184 Clay Avenue.   ROBINSON stated that some of the guns were brought to the Blandino residence at 348 Clay Avenue.   ROBINSON further stated that two of the stolen firearms, including the Ruger KMini-30 and Mossberg Maverick shotgun, were hidden in the basement of 350 Clay Avenue, but that they were later found by the police.

7

## STATEMENT OF JOSEPH BARTHEL

10.    On October 2, 2015 your affiant and Investigator John Brennan interviewed Barthel at the Rochester Police Department, Major Crimes Unit.   Investigator Brennan advised Barthel of his *Miranda* Rights which Barthel waived.   Barthel denied entering the residence at 184 Clay Avenue.   However, he did admit that on the morning of the burglary, he was present at the Blandino's residence at 348 Clay Avenue.   According to Barthel, he was awakened by Robinson and was told that Robinson had "came up", meaning that he had done a burglary.   Barthel advised that he, Ramel Robinson, Rashad Washington and the Blandino brothers all went to the abandoned residence next door to the Blandino's.   There, Barthel claimed he observed a gun safe half opened.   He stated that Robinson opened the safe with a hammer and crow bar.   Barthel claimed he saw several military style long guns inside the opened safe.   Barthel admitted that he remained at the residence while some of the guns were removed.   Barthel stated that Robinson called a guy to come to the abandoned house on Clay Avenue.   Shortly after the phone call, two males arrived in a silver car. Barthel could not identify who the males were.   Barthel stated that the two males then took two of the firearms and placed them in the silver car.   After the long guns were placed in the car, Barthel stated he also got into the silver car with the unknown males and was dropped off at his home on Clay Avenue.

8

## INTERSTATE NEXUS

11.     On September 14, 2015, I was advised by Interstate Nexus expert ATF Special Agent Dixon Robin that the Ruger 05806 KMINI 30-P 7.62 x 39mm, bearing serial number 582-84327 and the Mossberg Maverick 12 gauge shotgun bearing serial number MV69593T were both manufactured outside of the State of New York.  Accordingly, in order to be present in Rochester, NY, the firearms would have necessarily traveled in interstate commerce.

## CONCLUSION

12.     Based on the above information, your affiant submits there is probable cause to believe that on or about September 9, 2015 in the City of Rochester, Monroe County, Western Judicial District of New York, the defendant JOSEPH BARTHEL, did knowingly and unlawfully possess stolen firearms, including one (1) Mossberg Maverick Arms 12 gauge shotgun bearing serial number MV69593T and one (1) Ruger 05806 KMini-30P, 7.62 x 39 mm semi-automatic rifle bearing serial number 582-84327, both of which were shipped or transported in interstate or foreign commerce, either before or after they were stolen, knowing or having reasonable cause to believe that both firearms were stolen, all in violation of Title

18, United States Code, Section 922 (j).

_____
Patrick Hoffman
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to and subscribed to
before me this 22 day of
October, 2015.

_____
HON. MARIAN W. PAYSON
United States Magistrate Judge

10